# EXHIBIT 10

# MEMO



September 22, 2016

To: All Salt Lake City ACS Employees
From: SLC Leadership Team
Re: Delta Employee Screening, SLC - UPDATE

It was nice to see so many of you at the United Way Fund Raiser yesterday. Thank you for your support of this great charitable organization. Several of you asked questions about the new screening process that has been mandated, and we are pleased to give you more details to assist in managing this change. The SLC employee screening will begin Monday morning September 26th. As announced before, Delta will be the first airline to implement 100 percent employee screening nationwide. And we want to thank you in advance for your efforts to support this important initiative.

Delta Global Services (DGS) a subsidiary of Delta Air Lines will be providing the security screening services for us here in SLC. The two security screening checkpoints will be open 24 hours a day. DGS has experience providing these security services at some of the other DL hubs (JFK, ATL, MSP, DTW).

**There will be 2 Delta Air Lines employee screening areas, one behind the ticket counter and the other on the second level of the IAB (adjacent to existing employee entrance)**

Note: Any of us may use the TSA pre-check lanes in either concourse instead of the Delta screening areas.

Below are a few important items to note:
- No Delta personnel or vendors are exempt from entering the Restricted (below-wing) or Sterile (above-wing) area without presenting themselves for screening at one of these locations or a TSA approved checkpoint.
- All of us need to plan accordingly when arriving to work or requiring access to these areas to ensure we have ample time to for the screening process.
- All team members must present themselves for screening at the beginning of their shift if they are working in a Restricted or Sterile area.
- Team members carrying bags will be subject to additional screening.
- The screening is random and not all employees will be screened. An electronic randomizer will determine if you need additional screening or not.
- All team members planning on traveling on business or pleasure MUST be screened using the TSA checkpoint and NOT the employee checkpoint.
- There will be limited access to other doors immediately following the implementation the new employee screening program.
- Exiting: All doors exiting the SIDA remain available to all employees.

\*\*\* Again, the employee screening process is NOT APPROVED by the TSA for travel purposes. Employees traveling MUST go thru a TSA Authorized Security Checkpoint. \*\*\*

Thank you for your cooperation in advance. We are always proud of the professionalism of our SLC team members!

Best Regards, SLC Leadership Team



EXHIBIT 9
WIT: A. Moleni
DATE: 6/21/19
ADVANCED REPORTING SOLUTIONS

DELTA 000263