EXHIBIT 18
WIT: A Moleni
DATE: 8/21/19
ADVANCED REPORTING SOLUTIONS

| Event Date | Card Number | Logical Device | Event Description | Location |
|---|---|---|---|---|
| 9/25/2017 9:49 | 115713 | PBB-C8 | Local Grant | PBB-C8 Vestibule, W Side, S of PBB-C10 |
| 9/25/2017 9:47 | 115713 | PBB-C8 | Local Grant | PBB-C8 Vestibule, W Side, S of PBB-C10 |
| 9/25/2017 9:14 | 115713 | PBB-C8 | Local Grant | PBB-C8 Vestibule, W Side, S of PBB-C10 |
| 9/25/2017 8:26 | 115713 | PBB-C8 | Local Grant | PBB-C8 Vestibule, W Side, S of PBB-C10 |
| 9/25/2017 7:33 | 115713 | PBB-C8 | Local Grant | PBB-C8 Vestibule, W Side, S of PBB-C10 |
| 9/25/2017 7:32 | 115713 | PBB-C8 | Local Grant | PBB-C8 Vestibule, W Side, S of PBB-C10 |
| 9/25/2017 6:56 | 115713 | PBB-C5 | Local Grant | PBB-C5 Vestibule, East Side of Concourse |
| 9/25/2017 6:22 | 115713 | PBB-C5 | Local Grant | PBB-C5 Vestibule, East Side of Concourse |
| 9/25/2017 6:21 | 115713 | PBB-C5 | Local Grant | PBB-C5 Vestibule, East Side of Concourse |
| 9/25/2017 6:03 | 115713 | PBB-C5 | Local Grant | PBB-C5 Vestibule, East Side of Concourse |
| 9/25/2017 5:59 | 115713 | T2-120 | Local Grant | Bag Room Access Double Door Secure Side |
| 9/25/2017 5:59 | 115713 | T2-120A | Local Grant | Bag Room Access Double Door Public Side |
| 9/24/2017 22:17 | 115713 | IT-210C | Local Grant | Sally Port West IT Screening- Public |
| 9/24/2017 22:17 | 115713 | IT-210D | Local Grant | Sally Port West IT Screening- Sterile |
| 9/24/2017 22:10 | 115713 | PBB-D13 | Local Grant | PBB-D13 Vestibule, End of D Concourse |
| 9/24/2017 20:26 | 115713 | PBB-D13 | Local Grant | PBB-D13 Vestibule, End of D Concourse |
| 9/24/2017 20:26 | 115713 | PBB-D13 | Local Grant | PBB-D13 Vestibule, End of D Concourse |
| 9/24/2017 20:15 | 115713 | PBB-D13 | Local Grant | PBB-D13 Vestibule, End of D Concourse |
| 9/24/2017 20:11 | 115713 | PBB-D13 | Local Grant | PBB-D13 Vestibule, End of D Concourse |
| 9/24/2017 19:43 | 115713 | PBB-D13 | Local Grant | PBB-D13 Vestibule, End of D Concourse |
| 9/24/2017 19:42 | 115713 | PBB-D13 | Local Grant | PBB-D13 Vestibule, End of D Concourse |
| 9/24/2017 19:35 | 115713 | PBB-D13 | Local Grant | PBB-D13 Vestibule, End of D Concourse |
| 9/24/2017 19:32 | 115713 | PBB-D13 | Local Grant | PBB-D13 Vestibule, End of D Concourse |
| 9/24/2017 18:32 | 115713 | IT-210F | Local Grant | T3 Delta Emp Screening/Secure Side |
| 9/24/2017 11:05 | 115713 | PBB-C7 | Local Grant | PBB-C7 Vestibule, E Side, S of PBB-C9 |
| 9/24/2017 11:03 | 115713 | PBB-C7 | Local Grant | PBB-C7 Vestibule, E Side, S of PBB-C9 |
| 9/24/2017 9:46 | 115713 | PBB-C7 | Local Grant | PBB-C7 Vestibule, E Side, S of PBB-C9 |
| 9/24/2017 8:51 | 115713 | PBB-C10 | Local Grant | End of C Concourse, Northwest Corner |
| 9/24/2017 8:19 | 115713 | PBB-C10 | Local Grant | End of C Concourse, Northwest Corner |
| 9/24/2017 8:13 | 115713 | PBB-C10 | Local Grant | End of C Concourse, Northwest Corner |
| 9/24/2017 7:53 | 115713 | PBB-C10 | Local Grant | End of C Concourse, Northwest Corner |
| 9/24/2017 7:53 | 115713 | PBB-C10 | Local Grant | End of C Concourse, Northwest Corner |
| 9/24/2017 6:31 | 115713 | PBB-D13 | Local Grant | PBB-D13 Vestibule, End of D Concourse |
| 9/24/2017 5:59 | 115713 | T2-116A | Local Grant | Delta Bag Office N of T2 Bag Carousels |
| 9/24/2017 5:59 | 115713 | T2-116A | Local Grant | Delta Bag Office N of T2 Bag Carousels |
| 9/24/2017 5:59 | 115713 | T2-120 | Local Grant | Bag Room Access Double Door Secure Side |
| 9/24/2017 5:59 | 115713 | T2-120A | Local Grant | Bag Room Access Double Door Public Side |
| 9/19/2017 11:06 | 115713 | PBB-C13 | Local Grant | End of C Concourse, Northeast Corner |
| 9/19/2017 10:17 | 115713 | PBB-C13 | Local Grant | End of C Concourse, Northeast Corner |
| 9/19/2017 9:21 | 115713 | PBB-C8 | Local Grant | PBB-C8 Vestibule, W Side, S of PBB-C10 |
| 9/19/2017 8:55 | 115713 | PBB-C8 | Local Grant | PBB-C8 Vestibule, W Side, S of PBB-C10 |
| 9/19/2017 8:23 | 115713 | PBB-C8 | Local Grant | PBB-C8 Vestibule, W Side, S of PBB-C10 |
| 9/19/2017 7:57 | 115713 | PBB-C8 | Local Grant | PBB-C8 Vestibule, W Side, S of PBB-C10 |
| 9/19/2017 7:34 | 115713 | PBB-C8 | Local Grant | PBB-C8 Vestibule, W Side, S of PBB-C10 |
| 9/19/2017 7:13 | 115713 | PBB-C6 | Local Grant | W Side Concourse Between PBB-C4 & PBB-C8 |

DELTA 000244

| Date/Time | ID | Location Code | Access | Description |
|---|---|---|---|---|
| 9/19/2017 7:11 | 115713 | PBB-C6 | Local Grant | W Side Concourse Between PBB-C4 & PBB-C8 |
| 9/19/2017 7:11 | 115713 | PBB-C6 | Local Grant | W Side Concourse Between PBB-C4 & PBB-C8 |
| 9/19/2017 7:06 | 115713 | PBB-C6 | Local Grant | W Side Concourse Between PBB-C4 & PBB-C8 |
| 9/19/2017 6:49 | 115713 | PBB-C6 | Local Grant | W Side Concourse Between PBB-C4 & PBB-C8 |
| 9/19/2017 6:26 | 115713 | PBB-C6 | Local Grant | W Side Concourse Between PBB-C4 & PBB-C8 |
| 9/19/2017 6:23 | 115713 | PBB-C6 | Local Grant | W Side Concourse Between PBB-C4 & PBB-C8 |
| 9/19/2017 6:22 | 115713 | PBB-C6 | Local Grant | W Side Concourse Between PBB-C4 & PBB-C8 |
| 9/19/2017 6:00 | 115713 | T2-112A | Local Grant | Delta Bag Office N of T2 Bag Carousels |
| 9/19/2017 6:00 | 115713 | T2-116A | Local Grant | Delta Bag Office N of T2 Bag Carousels |
| 9/19/2017 6:00 | 115713 | T2-120 | Local Grant | Bag Room Access Double Door Secure Side |
| 9/19/2017 6:00 | 115713 | T2-120A | Local Grant | Bag Room Access Double Door Public Side |
| 9/18/2017 11:05 | 115713 | PBB-C7 | Local Grant | PBB-C7 Vestibule, E Side, S of PBB-C9 |
| 9/18/2017 10:55 | 115713 | PBB-C7 | Local Grant | PBB-C7 Vestibule, E Side, S of PBB-C9 |
| 9/18/2017 10:29 | 115713 | PBB-C3 | Local Grant | E Side Concourse Between PBB-C1 & PBB-C5 |
| 9/18/2017 9:17 | 115713 | PBB-C10 | Local Grant | End of C Concourse, Northwest Corner |
| 9/18/2017 8:37 | 115713 | PBB-C6 | Local Grant | W Side Concourse Between PBB-C4 & PBB-C8 |
| 9/18/2017 8:06 | 115713 | PBB-C6 | Local Grant | W Side Concourse Between PBB-C4 & PBB-C8 |
| 9/18/2017 7:32 | 115713 | PBB-C6 | Local Grant | W Side Concourse Between PBB-C4 & PBB-C8 |
| 9/18/2017 7:31 | 115713 | PBB-C6 | Local Grant | W Side Concourse Between PBB-C4 & PBB-C8 |
| 9/18/2017 7:11 | 115713 | PBB-C6 | Local Grant | W Side Concourse Between PBB-C4 & PBB-C8 |
| 9/18/2017 6:46 | 115713 | PBB-C6 | Local Grant | W Side Concourse Between PBB-C4 & PBB-C8 |
| 9/18/2017 6:46 | 115713 | PBB-C6 | Local Grant | W Side Concourse Between PBB-C4 & PBB-C8 |
| 9/18/2017 6:40 | 115713 | PBB-C6 | Local Grant | W Side Concourse Between PBB-C4 & PBB-C8 |
| 9/18/2017 6:31 | 115713 | T2-115B | Local Grant | Delta Employee Screening Bag Room |
| 9/12/2017 11:07 | 115713 | PBB-C3 | Local Grant | E Side Concourse Between PBB-C1 & PBB-C5 |
| 9/12/2017 10:33 | 115713 | PBB-C3 | Local Grant | E Side Concourse Between PBB-C1 & PBB-C5 |
| 9/12/2017 10:29 | 115713 | PBB-C3 | Local Grant | E Side Concourse Between PBB-C1 & PBB-C5 |
| 9/12/2017 10:24 | 115713 | PBB-C3 | Local Grant | E Side Concourse Between PBB-C1 & PBB-C5 |
| 9/12/2017 10:09 | 115713 | PBB-C3 | Local Grant | E Side Concourse Between PBB-C1 & PBB-C5 |
| 9/12/2017 10:08 | 115713 | PBB-C3 | Local Grant | E Side Concourse Between PBB-C1 & PBB-C5 |
| 9/12/2017 10:05 | 115713 | PBB-C3 | Local Grant | E Side Concourse Between PBB-C1 & PBB-C5 |
| 9/12/2017 8:56 | 115713 | PBB-C6 | Local Grant | W Side Concourse Between PBB-C4 & PBB-C8 |
| 9/12/2017 8:56 | 115713 | PBB-C6 | Local Grant | W Side Concourse Between PBB-C4 & PBB-C8 |
| 9/12/2017 8:56 | 115713 | PBB-C6 | Local Grant | W Side Concourse Between PBB-C4 & PBB-C8 |
| 9/12/2017 8:43 | 115713 | PBB-C6 | Local Grant | W Side Concourse Between PBB-C4 & PBB-C8 |
| 9/12/2017 8:32 | 115713 | PBB-C4 | Local Grant | W Side Concourse Between PBB-C2 & PBB-C6 |
| 9/12/2017 7:59 | 115713 | PBB-C4 | Local Grant | W Side Concourse Between PBB-C2 & PBB-C6 |
| 9/12/2017 7:31 | 115713 | PBB-C3 | Local Grant | E Side Concourse Between PBB-C1 & PBB-C5 |
| 9/12/2017 6:21 | 115713 | PBB-C3 | Local Grant | E Side Concourse Between PBB-C1 & PBB-C5 |
| 9/12/2017 6:19 | 115713 | PBB-C3 | Local Grant | E Side Concourse Between PBB-C1 & PBB-C5 |
| 9/12/2017 5:54 | 115713 | VR-T2A | Local Grant | T2 Screening Employee West Lane |
| 9/10/2017 10:57 | 115713 | C241 | Local Grant | North Door of PBB-C9 & PBB-C11 Vestibule |
| 9/10/2017 10:57 | 115713 | PBB-C11 | Local Grant | NE Corner, PBB-C9 and PBB-C11 Vestibule |
| 9/10/2017 9:29 | 115713 | PBB-C8 | Local Grant | PBB-C8 Vestibule, W Side, S of PBB-C10 |
| 9/10/2017 8:58 | 115713 | PBB-C8 | Local Grant | PBB-C8 Vestibule, W Side, S of PBB-C10 |
| 9/10/2017 8:43 | 115713 | PBB-C8 | Local Grant | PBB-C8 Vestibule, W Side, S of PBB-C10 |
| 9/10/2017 7:56 | 115713 | PBB-C5 | Local Grant | PBB-C5 Vestibule, East Side of Concourse |

DELTA 000245

| Date/Time | ID | Location Code | Access | Description |
|---|---|---|---|---|
| 9/10/2017 7:31 | 115713 | PBB-C5 | Local Grant | PBB-C5 Vestibule, East Side of Concourse |
| 9/10/2017 7:31 | 115713 | PBB-C5 | Local Grant | PBB-C5 Vestibule, East Side of Concourse |
| 9/10/2017 6:53 | 115713 | VR-T2A | Local Grant | T2 Screening Employee West Lane |
| 9/6/2017 11:06 | 115713 | PBB-C1 | Local Grant | PBB-C1 Vestibule, SE Corner of Concourse |
| 9/6/2017 9:47 | 115713 | PBB-C11 | Local Grant | NE Corner, PBB-C9 and PBB-C11 Vestibule |
| 9/6/2017 9:11 | 115713 | C241 | Local Grant | North Door of PBB-C9 & PBB-C11 Vestibule |
| 9/6/2017 9:11 | 115713 | C241 | Local Grant | North Door of PBB-C9 & PBB-C11 Vestibule |
| 9/6/2017 9:10 | 115713 | PBB-C11 | Local Grant | NE Corner, PBB-C9 and PBB-C11 Vestibule |
| 9/6/2017 8:30 | 115713 | PBB-C8 | Local Grant | PBB-C8 Vestibule, W Side, S of PBB-C10 |
| 9/6/2017 8:23 | 115713 | PBB-C8 | Local Grant | PBB-C8 Vestibule, W Side, S of PBB-C10 |
| 9/6/2017 7:41 | 115713 | PBB-C8 | Local Grant | PBB-C8 Vestibule, W Side, S of PBB-C10 |
| 9/6/2017 7:41 | 115713 | PBB-C8 | Local Grant | PBB-C8 Vestibule, W Side, S of PBB-C10 |
| 9/6/2017 7:40 | 115713 | PBB-C8 | Local Grant | PBB-C8 Vestibule, W Side, S of PBB-C10 |
| 9/6/2017 7:39 | 115713 | PBB-C8 | Local Grant | PBB-C8 Vestibule, W Side, S of PBB-C10 |
| 9/6/2017 6:05 | 115713 | PBB-C5 | Local Grant | PBB-C5 Vestibule, East Side of Concourse |
| 9/6/2017 6:01 | 115713 | T2-112A | Local Grant | Delta Bag Office N of T2 Bag Carousels |
| 9/6/2017 6:01 | 115713 | T2-116A | Local Grant | Delta Bag Office N of T2 Bag Carousels |
| 9/6/2017 6:00 | 115713 | T2-120 | Local Grant | Bag Room Access Double Door Secure Side |
| 9/6/2017 6:00 | 115713 | T2-120A | Local Grant | Bag Room Access Double Door Public Side |
| 9/5/2017 10:46 | 115713 | PBB-C9 | Local Grant | NE Corner, PBB-C9 and PBB-C11 Vestibule |
| 9/5/2017 10:46 | 115713 | PBB-C9 | Local Grant | NE Corner, PBB-C9 and PBB-C11 Vestibule |
| 9/5/2017 10:46 | 115713 | PBB-C9 | Local Grant | NE Corner, PBB-C9 and PBB-C11 Vestibule |
| 9/5/2017 10:46 | 115713 | PBB-C9 | Local Grant | NE Corner, PBB-C9 and PBB-C11 Vestibule |
| 9/5/2017 10:45 | 115713 | PBB-C9 | Local Grant | NE Corner, PBB-C9 and PBB-C11 Vestibule |
| 9/5/2017 10:45 | 115713 | PBB-C9 | Local Grant | NE Corner, PBB-C9 and PBB-C11 Vestibule |
| 9/5/2017 10:45 | 115713 | C239 | Local Grant | South Door of PBB-C9 & PBB-C11 Vestibule |
| 9/5/2017 9:57 | 115713 | PBB-C5 | Local Grant | PBB-C5 Vestibule, East Side of Concourse |
| 9/5/2017 8:43 | 115713 | PBB-C5 | Local Grant | PBB-C5 Vestibule, East Side of Concourse |
| 9/5/2017 8:42 | 115713 | PBB-C5 | Local Grant | PBB-C5 Vestibule, East Side of Concourse |
| 9/5/2017 8:34 | 115713 | PBB-C5 | Local Grant | PBB-C5 Vestibule, East Side of Concourse |
| 9/5/2017 8:28 | 115713 | PBB-C5 | Local Grant | PBB-C5 Vestibule, East Side of Concourse |
| 9/5/2017 8:05 | 115713 | PBB-C5 | Local Grant | PBB-C5 Vestibule, East Side of Concourse |
| 9/5/2017 8:05 | 115713 | PBB-C5 | Local Grant | PBB-C5 Vestibule, East Side of Concourse |
| 9/5/2017 7:58 | 115713 | PBB-C5 | Local Grant | PBB-C5 Vestibule, East Side of Concourse |
| 9/5/2017 7:54 | 115713 | PBB-C5 | Local Grant | PBB-C5 Vestibule, East Side of Concourse |
| 9/5/2017 7:52 | 115713 | PBB-C5 | Local Grant | PBB-C5 Vestibule, East Side of Concourse |
| 9/5/2017 7:50 | 115713 | PBB-C5 | Local Grant | PBB-C5 Vestibule, East Side of Concourse |
| 9/5/2017 7:45 | 115713 | PBB-C5 | Local Grant | PBB-C5 Vestibule, East Side of Concourse |
| 9/5/2017 6:52 | 115713 | PBB-C3 | Local Grant | E Side Concourse Between PBB-C1 & PBB-C5 |
| 9/5/2017 6:51 | 115713 | PBB-C3 | Local Grant | E Side Concourse Between PBB-C1 & PBB-C5 |
| 9/5/2017 6:46 | 115713 | PBB-C3 | Local Grant | E Side Concourse Between PBB-C1 & PBB-C5 |
| 9/5/2017 6:40 | 115713 | PBB-C3 | Local Grant | E Side Concourse Between PBB-C1 & PBB-C5 |
| 9/5/2017 6:37 | 115713 | PBB-C3 | Local Grant | E Side Concourse Between PBB-C1 & PBB-C5 |
| 9/5/2017 6:36 | 115713 | PBB-C3 | Local Grant | E Side Concourse Between PBB-C1 & PBB-C5 |
| 9/5/2017 6:35 | 115713 | PBB-C3 | Local Grant | E Side Concourse Between PBB-C1 & PBB-C5 |
| 9/5/2017 6:05 | 115713 | PBB-C5 | Local Grant | PBB-C5 Vestibule, East Side of Concourse |
| 9/5/2017 6:02 | 115713 | T2-112A | Local Grant | Delta Bag Office N of T2 Bag Carousels |

DELTA 000246

| Date/Time | ID | Location | Type | Description |
|---|---|---|---|---|
| 9/5/2017 6:01 | 115713 | T2-116A | Local Grant | Delta Bag Office N of T2 Bag Carousels |
| 9/5/2017 6:01 | 115713 | T2-120 | Local Grant | Bag Room Access Double Door Secure Side |
| 9/5/2017 6:01 | 115713 | T2-120A | Local Grant | Bag Room Access Double Door Public Side |
| 9/3/2017 11:10 | 115713 | PBB-C4 | Local Grant | W Side Concourse Between PBB-C2 & PBB-C6 |
| 9/3/2017 11:09 | 115713 | PBB-C4 | Local Grant | W Side Concourse Between PBB-C2 & PBB-C6 |
| 9/3/2017 10:37 | 115713 | PBB-C4 | Local Grant | W Side Concourse Between PBB-C2 & PBB-C6 |
| 9/3/2017 10:24 | 115713 | PBB-C4 | Local Grant | W Side Concourse Between PBB-C2 & PBB-C6 |
| 9/3/2017 9:47 | 115713 | PBB-C5 | Local Grant | PBB-C5 Vestibule, East Side of Concourse |
| 9/3/2017 8:37 | 115713 | PBB-C5 | Local Grant | PBB-C5 Vestibule, East Side of Concourse |
| 9/3/2017 8:36 | 115713 | PBB-C5 | Local Grant | PBB-C5 Vestibule, East Side of Concourse |
| 9/3/2017 7:53 | 115713 | VR-T2A | Local Grant | T2 Screening Employee West Lane |

DELTA 000247

Moleni 9-24-17 Door TU2 120 at 0559 hrs





A Moleni 9-25-17 Door TU2-120 0559hrs





# EXHIBIT 17