# EXHIBIT 18

**DELTA**

John P. Haire
OSM SLC/Dept. 125

Delta Air Lines, Inc.
Dept. 125
Salt Lake City, Ut. 84122
T. +1 801 744 4245
F. +1 801 744 4385
M. +1 801 289 6359
john.p.haire@delta.com

EXHIBIT 19
WIT: A Moleni
DATE: 8/21/19
ADVANCED REPORTING SOLUTIONS

October 12, 2017

TO: Keith Stowe, Department Manager - SLC

FROM: John Haire, Operations Service Manager, 125 -SLC

SUBJECT: Recommendation for Termination of Employment
Angela Moleni, Employee's Number 083774000, RR, CSA, Dept. 125/SLC

On September 24, 2017 it was brought to our attention that Angela Moleni entered a secure area of the airport through terminal 2 doors 120 and 120A bypassing required employee screening. On October 7, 2017 Angela was asked if she has previously bypassed employee screening when reporting to work and she responded "not that I'm aware of". Those concerns were followed up on and this is what was learned through our investigation:

- On October 2nd, we validated from both video surveillance and SLC SIDA badge swipe times that Angela Moleni worked 9 days in September and on 5 of those days she entered the secure side of the airport without going through required employee screening
- October 7, 2017, Angela provided a statement that indicates: She was aware employee screening had been implemented, but not that she was doing anything wrong. Angela disclosed that she would never bring any prohibited items to work or intentionally bypass security

RR CSA / Angela Moleni, has been repeatedly advised of the need to improve her reliability and job performance on the following occasions:

- 8/10/2017, Failed to punch in at the beginning of her shift
- 06/15/17, FCAN – Reliability
- 6/13/2017, Attendance review showed 15d/10o & 3 times tardy
- 1/27/2017, Attendance and reliability discussion
- 12/17/2015, CAN – Reliability
- 11/21/2016, Regulatory discussion for failure to renew U.S. Customer seal
- 6/14/2015, WC – Reliability

Angela failed to meet Delta's standards and expectations by bypassing required employee screening. The safety and security of our customers and employees are always Delta's top priority. Angela's unacceptable job performance and reliability negatively impacts our team and our customers. As a result, I am recommending her employment be terminated.

John P. Haire

DELTA 000222