# EXHIBIT 19



**DELTA**

Internal Memorandum

Date: October 14, 2017

To: Josh Jessup, General Manager – Human Resources – ACS/Cargo

From: Kelley Nabors, Senior Manager – Human Resources – ACS/Cargo

Subject: Recommendation for Termination

Employee: Angela Moleni, Employee # 837740, SLC/125

Date of Employment: June 28, 2010 (7 years)

Current Status: Suspended 10/08/17

Previous Disciplinary Action:

| | | |
|---|---|---|
| 06/15/17 | Final Corrective Action Letter | Reliability |
| 12/17/15 | Corrective Action Notice | Reliability |
| 06/14/15 | Written Coaching | Reliability |

Summary:
Angela Moleni entered a secure area of the airport on multiple occasions without submitting to the required employee screening. Airport Customer Service recommends termination of Ms. Moleni's employment.

Recommendation:
I agree with Airport Customer Service; Angela Moleni should be asked to resign. If she refuses, she should be terminated.

Agreement

_____   10-25-17
General Manager – Human Resources   Date

_____   10-27-17
Managing Director – Human Resources   Date

EXHIBIT 20
WIT: A Moleni
DATE: 8/21/19
ADVANCED REPORTING SOLUTIONS

DELTA 000221