# EXHIBIT 20

**Jessup, Josh**

| | |
|---|---|
| **From:** | Jessup, Josh |
| **Sent:** | Thursday, October 26, 2017 4:47 PM |
| **To:** | Stowe, Keith; Haire, John P |
| **Cc:** | Nabors, Kelley; Jessup, Josh; Elkins, Nicole L |
| **Subject:** | ***URGENT ACTION REQUIRED*** Recommendation for Termination Angela Moleni # 837740 SLC/125 |

The review of recommendation for termination of employment for the referenced employee has been completed and the Company has decided to terminate Angela Moleni's employment.

Please notify this employee that in lieu of termination, the employee may elect to resign. If the employee requests additional time to decide, you may offer the employee 24 hours to decide (as is reasonable depending on the circumstances) and establish a clear understanding of the date and time by which the employee must provide you with a written notice of resignation. Inform the employee that if you don't receive a written notice of resignation (via e-mail, fax or in person) by the established deadline, you will assume that the employee has decided not to resign in lieu of termination and will be terminated.

Also, please inform the employee that they are not eligible for rehire regardless of whether they are terminated or resign from the Company.

In either case, please notify the employee they may appeal the termination decision. If the employee wishes to appeal the decision, they may submit a written appeal to Equal Opportunity and Compliance at the address below. Please inform the employee to include complete contact information, including address and telephone number. The appeal will be reviewed and a written response will be sent to the employee.

Director HR – Equal Opportunity and Compliance
Delta Air Lines
Dept. 955
P.O. Box 20530
Atlanta, GA 30320

If employee chooses to resign, please complete the appropriate MSS transaction, <u>Resign in Lieu</u> and rehire code <u>No</u>. Please advise me once the employee has been notified. Feel free to contact me with any questions or concerns.

DELTA 000220