# EXHIBIT 22

10/31/2017                                        Print

Subject: RE: Complaint of Discrimination
From: Nabors, Kelley (Kelley.Nabors@delta.com)
To: angela_moleni@yahoo.com;
Cc: Kelley.Nabors@delta.com;
Date: Monday, October 30, 2017 7:15 PM

Angela,

I am sorry for the delay in responding to your email. I wanted to acknowledge that I received your email and we have accepted it as your resignation in lieu of termination. I have also forwarded this to our Equal Opportunity Dept. so they can consider as part of your appeal.

I wanted to follow up with you regarding the names you provided below. As you know, we you and I talked on the phone, I asked you to provide names of anyone you knew had bypassed security however, after I explained the policy to you, you said the employees you saw had likely already been screened and were using the door after going through the employee screening process. I appreciate you providing name and now that I have those, we will do the necessary follow up. If you have any other details such as dates and/or times you have seen these employees going through the same door you were using without going through the employee screening process that would be helpful and I would ask that you send that information to me as soon as possible. We will research these thoroughly.

Thank you,

Kelley Nabors

Sr. Manager – Human Resources ACS/Cargo

(801) 744 4052 (O)

(404) 985 7928 (M)

(404) 773 2429 (F)

kelley.nabors@delta.com

"This message (and any attachments) contains confidential and proprietary information/trade secrets of Delta Air Lines, Inc., or its subsidiaries. Any unauthorized reading, access, distribution, copying or other use of this message is strictly prohibited."