# EXHIBIT 34

**△ DELTA**

**Internal Memorandum**

Date: **January 29, 2018**

To: Josh Jessup, General Manager – Human Resources – ACS/Cargo

From: Kelley Nabors, Senior Manager - Human Resources - ACS/Cargo

Subject: Recommendation for Termination

**Employee:** Benjamin Kent, Employee # 789818, SLC/120

**Date of Employment:** June 8, 2009 (8 years 7 months)

**Current Status:** Suspended 01/23/18

**Previous Disciplinary Action:**

N/A

**Summary:**
Benjamin Kent entered a secure area of the airport on multiple occasions without submitting to the required employee screening. When asked, he stated he has been doing it for well over a year. Airport Customer Service recommends termination of Mr. Kent's employment.

**Recommendation:**
I agree with Airport Customer Service; Benjamin Kent should be asked to resign. If he refuses, he should be terminated.

**Agreement**

_____        1-29-18
General Manager – Human Resources        Date

_____        2-1-18
Managing Director – Human Resources        Date